IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | Cr. No. 6:00-107-1 |
| vs. ) | C/A No. 6:03-1804-20 |
| ) | |
| James C. Holmes, ) | |
| ) | **OPINION AND ORDER** |
| Movant. ) | |

      This matter is before the court on James C. Holmes' ("Holmes") "Motion for Permission to Supplement and/or Amend." Holmes seeks to add a claim to his previously filed petition to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, which the court summarily dismissed on June 3, 2003. Holmes, however, has failed to provide the court with any authority that would permit it to amend a petition that was dismissed on the merits over two years ago, and the court has found no such authority. Further, to the extent Holmes seeks to file a new § 2255 motion, such motion would be successive. "[A] prisoner seeking to file a successive application in the district court must first obtain authorization from the appropriate court of appeals." United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003) (citing 28 U.S.C. § 2244(b)(3)); see also 28 U.S.C. § 2255 ("A second or successive motion [under this section] must be certified as provided in section 2244 by a panel of the appropriate court of appeals . . . ."). Holmes has not obtained authorization from the appropriate United States Court of Appeals to proceed with a second or successive § 2255 motion. Therefore, for the reasons provided above, the court denies Holmes' motion to supplement or amend.

1

Therefore, it is

**ORDERED** that Holmes' motion to supplement or amend, Document Number 9, is denied.

**IT IS SO ORDERED**.

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
July 8, 2005

**NOTICE OF RIGHT TO APPEAL**

The movant is hereby notified that he has the right to appeal this order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.